# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    **v.**                  **CASE NO. 15-** 10007-01-JTM

**JUSTIN A. LANE**

        **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**Possession of Unregistered Firearm**
**26 U.S.C. 5861(d)**

On or about August 29, 2012, in the District of Kansas,

**JUSTIN A. LANE,**

the defendant, knowingly received and possessed a firearm, as that term is defined under

Title 26, United States Code, Section 5845(a)(4), to wit: a weapon made from a rifle,

which as modified, has barrel of less than 16 inches in length; that is an Izhmash (IMEZ),

Model Saiga, 7.62 caliber rifle with a barrel length of approximately 14 7/16 inches, not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## COUNT 2

### Transfer of Firearm in Violation of the National Firearms Act
### 26 U.S.C. 5861(e)

On or about August 29, 2012, in the District of Kansas,

### JUSTIN A. LANE,

the defendant, knowingly and unlawfully transferred a firearm, as that term is defined under Title 26, United States Code, Section 5845(a)(4), to wit: a weapon made from a rifle, which as modified, has barrel of less than 16 inches in length; that is an Izhmash (IMEZ), Model Saiga, 7.62 caliber rifle with a barrel length of approximately 14 7/16 inches.

In violation of Title 26, United States Code, Sections 5812, 5861(e), and 5871.

## COUNT 3

### Possession of a Machinegun
### 18 U.S.C. 922(o)

On or about August 29, 2012, in the District of Kansas,

### JUSTIN A. LANE,

the defendant herein, knowingly possessed a machinegun, as that term is defined in Title 26, United States Code, Section 5845(b) and Title 18, United States Code, Section 921(a)(23), that is an Izhmash (IMEZ), Model Saiga, 7.62 caliber rifle.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).


February 3, 2015                          /s/   Foreperson
DATE                                      FOREPERSON OF THE GRAND JURY


 s/Barry R. Grissom
BARRY R. GRISSOM
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 10866
barry.grissom@usdoj.gov


It is requested that trial be held in
**WICHITA, Kansas**